Filed 6/13/25  P. v. Delafuente CA4/1
# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, Plaintiff and Respondent, v. RODRIGO JESUS DELAFUENTE, Defendant and Appellant. | D084666 (Super. Ct. No. FWV22000782) |

APPEAL from a judgment of the Superior Court of San Bernardino County, Elia V. Pirozzi, Judge.  (Retired Judge of the San Bernardino Sup. Ct. assigned by the Chief Justice pursuant to art. VI, § 6 of the Cal. Const.)  Affirmed.

Stephanie L. Gunther, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In March 2022, the People charged Rodrigo Jesus Delafuente with a violation of Penal Code[1] section 243, subdivision (d), felonious assault

---

1    Further statutory references are to the Penal Code.

resulting in serious bodily injury, alleging seven possible special circumstances. The following month, Delafuente pled no contest to an amended count of section 245, subdivision (a)(4), assault with force likely to produce great bodily injury.[2] In accordance with his plea, the court placed Delafuente on formal probation and ordered him to serve 112 days in jail, crediting him with 56 days; the balance of the complaint was dismissed. Delafuente admitted repeatedly violating the terms of his probation, resulting in its revocation and a sentence to the low term of two years. Delafuente appeals. We affirm the judgment and remand the case for correction of the abstract of judgment.

STATEMENT OF FACTS

On March 3, 2022, Delafuente confronted a gas station clerk. Delafuente walked behind the counter before pushing and punching the clerk. The clerk attempted to get away from Delafuente but slipped and fell to the ground. Delafuente proceeded to kick and punch the clerk while he was on the ground; he stopped his assault when witnesses intervened.

DISCUSSION

Counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) and has not raised any specific issues. Counsel asks this court to review the record independently for error as required by *Wende*. We offered Delafuente the opportunity to file his own brief on appeal, but he has not done so.

---

[2] The abstract of judgment erroneously lists a conviction for a violation of section 243, subdivision (d) instead of section 245, subdivision (a)(4). We order the abstract of judgment corrected accordingly.

We have reviewed the entire record in accordance with *Wende, supra,* 25 Cal.3d 436 and have not found any reasonably arguable appellate issues. Competent counsel has represented Delafuente on this appeal.

## DISPOSITION

The judgment is affirmed. The trial court is directed to amend the abstract of judgment to correctly reflect Delafuente's conviction and to forward a certified copy of the amended abstract to the Department of Corrections and Rehabilitation.

McCONNELL, P. J.

WE CONCUR:

IRION, J.

DO, J.